# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

JOANN LIEBLONG and ALEX LIEBLONG,

    Plaintiffs,

v.　　　　　　　　　　　　　　　　　　Case No: 5:19-cv-1-Oc-30PRL

PETERSON & SMITH EQUINE HOSPITAL, LLC and ALLEN RIGGS,

    Defendants.

## ORDER

Non-party Julie Davies filed a motion seeking to quash a third-party Subpoena Duces Tecum issued to her by Plaintiffs. (Doc. 46). Because it was unclear from the motion what, if any relief Ms. Davies was seeking, the Court directed her to advise whether the matter had been resolved or whether she was still seeking some specific relief. (Doc. 47). On May 8, 2020, Ms. Davies filed a report advising that the parties have resolved most of the objections. (Doc. 48).[1] Ms. Davies did not identify any specific relief that she is still seeking. Accordingly, it appears that the motion to quash (Doc. 46) is due to be terminated as **moot.**

**DONE** and **ORDERED** in Ocala, Florida on May 12, 2020.

---

[1] In the report, Ms. Davies states that the parties have resolved objections as to requests # 4, 5, 6, 7, 8, 16, 24, and 26. She did not specifically mention her objections as to requests # 1 and 2. Presumably, those objections were addressed by the parties' agreement to limit the scope of discovery and for Ms. Davies to produce whatever responsive documents she has in her possession.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties